THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HELEN
FOWLER and GEORGE F. KNIGHT, Appellants.

Submitted October 9, 1944; decided October 17, 1944.

Motion by appellant Helen Fowler for reargument denied.
(See 293 N. Y. 721.)

Appeal from order denying motion for new trial dismissed.

SAM BERGER, Appellant, *v.* DAVID D. LEVITT, Respondent.

Submitted July 19, 1944; decided October 20, 1944.

Motion for leave to have appeal heard on eight printed copies
of the record below and for a stay. A stipulation was filed on
October 20, 1944.

Upon stipulation of the parties the motion is withdrawn and
the appeal dismissed, without costs to either party.

KATE OGLESBY, Appellant, *v.* SATAN'S TOE, INC., et al., Respond-
ents. (Two Actions.)

WOODSON R. OGLESBY, JR., Appellant, *v.* NEAL R. ANDREWS,
Respondent.

KATE OGLESBY, SR., Appellant, *v.* SATAN'S TOE, INC., et al.,
Respondents.

NEAL R. ANDREWS, Respondent, *v.* WOODSON R. OGLESBY et al.,
Appellants; SATAN'S TOE, INC., Respondent, et al., Defendants.
(Actions Nos. 1 and 2.)

TRI NATIONAL TRADING CORP., Respondent, *v.* WOODSON R.
OGLESBY et al., Appellants; SATAN'S TOE, INC., et al., Respond-
ents, et al., Defendants.

Submitted October 2, 1944; decided October 20, 1944.

Motion by appellants and another for leave to file a bill of
review or reargument denied, with ten dollars costs and
necessary printing disbursements. (See 293 N. Y. 719.)